1 Linda S. McAleer, SBN 249233
Digital Business Law Group, P.A.
2 5000 Birch Street
3 West Tower, Ste. 3000,
Newport Beach, CA 92660
4 T: 619-516-1601
F: 866-635-1485
5

6 Attorney for Counterclaim and Third-Party Claim Defendants, Doc's Dream, LLC, Patrick Robinson, Truth Seekers, Inc., and Bobbi Jones

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Doc's Dream, LLC**<br>    **Plaintiff and Counterclaim-Defendant,**<br>    **v.**<br>**Dolores Press, Inc., Melissa Scott,**<br>    **Defendants and Counterclaim-Plaintiffs**<br>**Dolores Press, Inc., Melissa Scott;**<br>    **Third Party Plaintiffs,**<br>    **v.**<br>**Patrick Robinson, Truth Seekers, Inc., and Bobbi Jones,**<br>    **Defendants** | **Case No.: 2:15−cv−02857−R−PLA**<br><br>**ENTRY OF JUDGMENT** |

On August 16, 2017, this Court granted the Motion to Dismiss under Federal Rules of Civil Procedure, Rule 12(b)(6) filed by Counterclaim and Third-Party Claim Defendants Doc's Dream, LLC, Patrick Robinson, Truth Seekers, Inc., and Bobbi Jones. (Doc. 51).

NOW, THEREFORE, IT IS ADJUDGED AND DECREED THAT the Counterclaim and Third-Party Claims are dismissed. Judgment is hereby entered in favor of Counterclaim and Third-Party Claim Defendants and against Counterclaim and Third-Party Claim Plaintiffs.

IT IS SO ORDERED.

DATED: November 1, 2017

Hon. Manuel L. Real
United States District Judge