1  Kevin J. Leichter, Esq.  (SBN 154143)
   Andrew E. Hewitt, Esq. (SBN 314504)
2  THE LEICHTER FIRM, APC
   10203 Santa Monica Boulevard
3  Fourth Floor
   Los Angeles, California 90067
4  Tel: 310.229.0000
   Email: kleichter@theleichterfirm.com
5  Email: ahewitt@theleichterfirm.com

6  Mark S. Lee, Esq. (SBN 094103)
   MANATT, PHELPS & PHILLIPS, LLP
7  11355 West Olympic Boulevard
   Los Angeles, CA  90064-1614
8  Telephone:  (310) 312-4000
   Facsimile:  (310) 312-4224
9  Email:  mlee@manatt.com

10 Attorneys for Defendants and
   Counterclaim and Third-Party Claim Plaintiffs
11 DOLORES PRESS, INC. and MELISSA SCOTT

NOTE: CHANGES MADE BY THE COURT

12          **UNITED STATES DISTRICT COURT**

13          **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 14  DOC'S DREAM, LLC; | **CASE NO. 2:15-cv-02857-R(PLA)** |
| 15      Plaintiff and | **(Hon. Manuel Real, Ctrm. 880)** |
| 16  Counterclaim-Defendant | |
| 17          vs. | **JUDGMENT** |
| 18  DOLORES PRESS, INC., MELISSA SCOTT; | |
| 19 | |
| 20      Defendants and Counterclaim-Plaintiffs | |
| 21 | |
| 22  DOLORES PRESS, INC., MELISSA SCOTT; | |
| 23 | |
| 24      Third Party Plaintiffs, | |
| 25          vs. | |
| 26  PATRICK ROBINSON, TRUTH SEEKERS, INC., BOBBI JONES, | |
| 27  DOES 1-10; | |
| 28      Third Party Defendants. | |

**JUDGMENT**

1        The Court having entered, on January 31, 2018 its Order Granting Summary

2   Judgment (Doc. No. 132), in favor of Defendants Dolores Press, Inc. ("Dolores

3   Press") and Pastor Melissa Scott ("Pastor Scott") (collectively referred to herein as

4   the "Defendants") Motion for Summary Judgment (Doc. No. 76) and against

5   Plaintiff Doc's Dream, LLC's ("Plaintiff"), and GOOD CAUSE appearing,

6        It is hereby ORDERED, ADJUDGED, AND DECREED that:

7        1.      Plaintiff's First Amended Complaint (the "FAC") and its sole claim for

8   relief therein, for a declaration regarding copyright ownership of certain works of

9   authorship as specified in Exhibit A to Plaintiff's FAC and to this Judgment (the

10  "Works") under the Declaratory Judgment Act (the "Act") are adjudicated on the

11  merits in favor of Defendants and against Plaintiffs.

12       2.      Defendants' Counterclaims and Third Party Claims were previously

13  dismissed and such dismissal is confirmed and made a part of this Judgment.

14       3.      Defendants shall file a separate motion for attorneys' fees no longer

15  than five pages long, excluding exhibits.

16

17  Dated: March 28, 2018

18                                          By: _____

19                                              The Honorable Manuel L. Real
20                                              United States District Judge

21

22

23

24

25

26

27

28